No. 76–1144. MINNESOTA CIVIL LIBERTIES UNION ET AL. *v.* CASMEY, COMMISSIONER OF EDUCATION, ET AL. Appeal from D. C. Minn. Judgment vacated and case remanded for further consideration in light of *Wolman* v. *Walter, ante,* p. 229.

No. 75–478. PARKER SEAL Co. *v.* CUMMINS, 429 U. S. 65. Petition for rehearing granted. Judgment of this Court, entered November 2, 1976, and judgment of the United States Court of Appeals for the Sixth Circuit are vacated. Case remanded to the United States Court of Appeals for the Sixth Circuit for further consideration in light of *TWA* v. *Hardison,* 432 U. S. 63 (1977). MR. JUSTICE STEVENS took no part in the consideration or decision of this case.

No. 75–1745. BARBOUR *v.* NORTH CAROLINA. Ct. App. N. C. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Patterson* v. *New York,* 432 U. S. 197 (1977), and *Hankerson* v. *North Carolina,* 432 U. S. 233 (1977).

No. 76–85. HUNTER *v.* NORTH CAROLINA. Ct. App. N. C. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Patterson* v. *New York,* 432 U. S. 197 (1977), and *Hankerson* v. *North Carolina,* 432 U. S. 233 (1977).

No. 75–6852. BURKE *v.* NORTH CAROLINA. Ct. App. N. C. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Patterson* v. *New York,* 432 U. S. 197 (1977), and *Hankerson* v. *North Carolina,* 432 U. S. 233 (1977).